# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE NOWLIN,<br><br>            Plaintiff<br><br>    v.<br><br>KNICKERBOXER ABD<br><br>            Defendants. | CASE No. 1:11-cv-00388-SAB (PC)<br><br>ORDER STRIKING NOTICE OF FUTURE ADDRESS CHANGE<br><br>(ECF No. 16) |

Plaintiff Kenneth Lee Nowlin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This action was filed on March 7, 2011. (ECF No. 1.) On August 8, 2013, a Ms. Dalaina Call filed a notice on a future address change on behalf of Plaintiff. (ECF No. 16.) Local Rule 133(b) requires that "[a]ll pleadings and non-evidentiary documents shall be signed by the individual attorney for the party presenting them, or by the party involved if that party is appear in propia persona." Plaintiff is proceeding pro se in this matter and therefore must sign all documents for himself. Accordingly,

IT IS HEREBY ORDERED that the notice of future address change is STRICKEN from the record.

IT IS SO ORDERED.

Dated:   **August 12, 2013**

_____
UNITED STATES MAGISTRATE JUDGE