# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE NOWLIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KNICKERBOXER, et al.,<br><br>　　　　　Defendants. | Case No.  1:11-cv-00388-AWI-SAB (PC)<br><br>ORDER GRANTING JOING STIPULATION TO CONTINUE THE DISCOVERY CUT-OFF DATE TO ALLOW FOR SETTLEMENT NEGOTIATIONS<br><br>(ECF No. 50) |

Plaintiff Kenneth Lee Nowlin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 13, 2014, the parties submitted a joint stipulation to continue the discovery cut-off date to allow for settlement negotiations.

Good cause having been presented to the Court, IT IS HEREBY ORDERED that the discovery cut-off date is extended to September 27, 2014.

IT IS SO ORDERED.

Dated:　**August 14, 2014**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1