# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE NOWLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KNICKERBOXER, et al.,<br><br>　　　　Defendants. | Case No. 1:11-cv-00388-AWI-SAB (PC)<br><br>ORDER GRANTING JOINT STIPULATION TO VACATE ALL REMAINING DATES AND DEADLINES SET FORTH IN THE COURT'S NOVEMBER 27, 2013, AND AUGUST 15, 2014, ORDERS<br><br>(ECF No. 52) |

　　　　Plaintiff Kenneth Lee Nowlin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On September 12, 2014, the parties submitted a joint stipulation to vacate all remaining deadlines pending settlement.

　　　　Good cause having been presented to the Court,

　　　　IT IS HEREBY ORDERED that all remaining dates and deadlines set forth in the Court's November 27, 2013, and August 15, 2014, are VACATED pending settlement.

IT IS SO ORDERED.

Dated:  **September 12, 2014**　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1