# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH LEE NOWLIN,<br><br>            Plaintiff,<br><br>       v.<br><br>KNICKERBOXER, et al.,<br><br>            Defendants. | Case No.  1:11-cv-00388-AWI-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO PROVIDE STATUS AS TO SETTLEMENT NEGOTIATIONS |

Plaintiff Kenneth Lee Nowlin ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 12, 2014, the Court granted the parties joint stipulation to vacate all outstanding deadlines in this case pending settlement.

To date, the Court has not heard from the parties as to the status of the settlement. Accordingly, within **twenty (20)** days from the date of service of this order, Defendants shall provide the status of the pending settlement negotiations.

IT IS SO ORDERED.

Dated:  **January 13, 2015**

                                                UNITED STATES MAGISTRATE JUDGE

1