1
2
3
4
# UNITED STATES DISTRICT COURT
5
### EASTERN DISTRICT OF CALIFORNIA
6

7  KENNETH LEE NOWLIN,                          Case No.  1:11-cv-00388-AWI-SAB (PC)

8              Plaintiff,

9      v.                                       ORDER GRANTING JOINT STIPULATION
                                                AND DISMISSING ACTION WITH PREJUDICE
10  KNICKERBOXER, et al.,                       (ECF No. 56)

11             Defendants.

12
13          Plaintiff Kenneth Lee Nowlin ("Plaintiff") is a state prisoner proceeding pro se and in

14  forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

15          On April 13, 2015, the parties submitted a joint stipulation to dismiss this action with

16  prejudice pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure.  Pursuant to Rule

17  41(a)(1)(A)(ii), this case terminated automatically.

18          Accordingly, it is HEREBY ORDERED that this action is DISMISSED with prejudice,

19  pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

20
21  IT IS SO ORDERED.

22  Dated:   April 14, 2015                     _____

23                                              SENIOR  DISTRICT  JUDGE

24
25
26
27
28